McHugh Unemployment Compensation Case.

Argued November 15, 1961. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

*John McHugh, Jr.,* appellant, in propria persona.

*Sydney Reuben,* Assistant Attorney General, with him *David Stahl,* Attorney General, for Unemployment Compensation Board of Review, appellee.

OPINION BY ERVIN, J., December 14, 1961:

In this unemployment compensation case the bureau, referee and board refused compensation to the appellant and concluded that he voluntarily terminated his employment without cause of a necessitous and compelling nature under §402(b)(1) of the Unemployment Compensation Law, 43 PS §802(b)(1).

The appellant was last employed by Carnegie Mineral Springs as a bottler and truck driver at an hourly rate of $1.75. His employer ceased bottling and purchased the soft drinks wholesale. Appellant was transferred from the job of bottler to truck driver and salesman. He continued as a salesman for six months al-

though he felt unqualified and uncomfortable in this job. Because of decreased profits, the employer decreased his remuneration to $1.50 an hour and decreased his fringe benefits. Appellant quit. This case is ruled by *Pusa Unemployment Compensation Case*, 178 Pa. Superior Ct. 348, 115 A. 2d 791.

Decision affirmed.